1

2

3

4                                   UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    ARMANDO HERNANDEZ,                          Case No. 14-cv-04650-JD

8               Plaintiff,
                                                 **ORDER OF DISMISSAL**
9        v.

10   CLARK E. DUCART, et al.,

11              Defendants.

12

13        This is a civil rights case filed pro se by a former prisoner.  The Court granted defendants'

14   motion to dismiss and provided plaintiff with leave to amend some of the claims after discussing

15   the deficiencies of the complaint.  The time to amend has passed and plaintiff has not filed an

16   amended complaint or otherwise communicated with the Court.  This case is **DISMISSED** for

17   failure to state a claim upon which relief can be granted.

18        **IT IS SO ORDERED.**

19   Dated:  January 19, 2016

20

21
     _____
22   JAMES DONATO
     United States District Judge
23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO HERNANDEZ,

         Plaintiff,

      v.

CLARK E. DUCART, et al.,

         Defendants.

Case No.  14-cv-04650-JD

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on January 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando  Hernandez
2757 Emerald Lane
Lancaster, CA 93535

Dated: January 19, 2016

Susan Y. Soong
Clerk, United States District Court

By: _Lisa R. Clark_
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2